UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS R. DERVIN,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. CV 06-8217-RGK (PJW)<br><br>J U D G M E N T |

    In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

    DATED: September 25, 2008

                                                      _____<br>
                                                      R. GARY KLAUSNER<br>
                                                      UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA06CV08217RGK(PJW) Judgment.wpd